■ In the Matter of AMERICA PRESS, INC., Respondent, v RICHARD LEWISOHN, as Finance Administrator of the City of New York, et al., Appellants, and ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Intervenor-Respondent.—Judgment, Supreme Court, New York County, entered on August 15, 1973, unanimously affirmed on the opinion of Spiegel, J., without costs and without disbursements. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Tilzer and Lynch, JJ.